# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JOCELYNE CASIMIR, | : |
| | : Case No. 0:21cv61620 |
| Plaintiff, | : |
| | : Judge _____ |
| vs. | : |
| | : Magistrate Judge _____ |
| UNITED COLLECTION BUREAU, INC. | : |
| | : Removed from the County Court for the |
| Defendant. | : 17th Judicial Circuit Court in and for |
| | : Broward County, Florida |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendant United Collection Bureau, Inc. ("UCB") hereby gives notice of the removal of this action, captioned *Jocelyne Casimir v. United Collection Bureau, Inc.*, and bearing case number COCE-21-038889, from the County Court for the 17th Judicial Circuit Court in and for Broward County, Florida, to the United States District Court for the Southern District of Florida. Pursuant to 28 U.S.C. § 1446(a), UCB provides the following statement of the grounds for removal:

## BACKGROUND

1. On July 9, 2021, Plaintiff Jocelyne Casimir ("Plaintiff") filed a Complaint in the County Court for the 17th Judicial Circuit Court in and for Broward County, Florida naming UCB as the sole defendant.

2. Plaintiff alleges that UCB violated 15 U.S.C. § 1692c(b) of the Fair Debt Collection Practices Act ("FDCPA") and Fla. Stat. § 559.72(5) of the Florida Consumer Collection Practices Act ("FCCPA") based on the alleged communication of information about Plaintiff to a third party in connection with collection of a debt. (Ex. A, Compl. ¶¶ 34–35, 38–39.)

3. Plaintiff served the Complaint on UCB via personal service to UCB's registered agent on or about July 16, 2021, which was received by UCB on July 19, 2021. (*See* Ex. A, at 7/19/21 Email.)

4. Pursuant to 28 U.S.C. § 1446(a), a copy of the complaint, summons, and other documents served on UCB is attached hereto as **Exhibit A**.

5. Pursuant to 28 U.S.C. § 1446(d), written notice of this removal and a copy of this Notice of Removal will be provided to all parties and the state court.

## VENUE AND JURISDICTION

6. Venue is proper in this Court pursuant to 28 U.S.C. §§ 89, 1441(a), and 1446(a) because the court where the Complaint was filed is a state court within the Southern District of Florida.

7. This Court has subject-matter jurisdiction under 28 U.S.C. §§ 1331 and 1367 because Plaintiff's claims under the FDCPA arise under federal law, *see* 28 U.S.C. § 1692k, and Plaintiff's state law claims under the FCCPA arise out of the same common nucleus of operative facts as Plaintiff's federal claims, meaning this Court has supplemental jurisdiction over such claims.

## ALL OTHER REQUIREMENTS FOR REMOVAL ARE SATIFISFIED

8. UCB first received a copy of the Complaint, through service or otherwise, no earlier than July 16, 2021, when UCB's registered agent was served, meaning UCB's deadline to remove this action is August 16, 2021. *See* 28 U.S.C. § 1446(b)(1); Fed. R. Civ. P. 6(a). Accordingly, removal is timely.

9. UCB is the only named defendant. Accordingly, all defendants have joined in this removal. *See* 28 U.S.C. § 1446(b)(2).

**WHEREFORE**, UCB hereby removes this action from the County Court for the 17th Judicial Circuit Court in and for Broward County, Florida to the United States District Court for the Southern District of Florida. By filing this Notice of Removal, UCB does not waive any defenses that may be available to it and reserves all such defenses. If any question arises as to the propriety of the removal to this Court, UCB requests the opportunity to present a brief and oral argument in support of its position that this case has been properly removed.

Respectfully submitted,

*/s/ Joseph Merical*
Joseph Merical (0095663)
**GORDON REES SCULLY MANSUKHANI, LLP**
41 South High Street, Suite 2495
Columbus, Ohio 43215
T: (614) 340-5558
F: (614) 360-2130
jmerical@grsm.com

*Attorneys for Defendant United Collection Bureau, Inc.*

4

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was served on August 5, 2021 via electronic mail on the following:

Jibrael S. Hindi
Thomas J. Patti
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, FL 33301
jibrael@jibraellaw.com
tom@jibraellaw.com
*Attorneys for Plaintiff*

                                            */s/ Joseph Merical*
                                            Joseph Merical (0095663)