UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-61620-RAR

**JOCELYNE CASIMIR**,

    Plaintiff,

v.

**UNITED COLLECTION BUREAU, INC.**,

    Defendant.

_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** comes before the Court *sua sponte*.  On August 5, 2021, an essentially identical action to the above-styled case was removed to this Court and assigned to the undersigned—*Casimir v. Capital Management Services, LP*, No. 21-61619 ("First Action"). Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the parties must submit a joint consent or separate objections to consolidation on or before **August 16, 2021**.  The Court will consolidate the above-styled action with the First Action absent any good cause objections to consolidation.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 9th day of August, 2021.

_____
RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE