UNITED STATES DISTRICT COURT
SOTHERN DISTRICT OF FLORIDA

Case No. 21-CV-61620-RAR

**JOCELYNE CASIMIR**,

 Plaintiff,

v.

**UNITED COLLECTION BUREAU, INC.**,

 Defendant.

_____/

**PLAINTIFF'S CONSENT TO CONSOLIDATION**

Plaintiff Devon Clarke, in response to this Court's Order [D.E. 4], consents, without objection, to the consolidation of **Case No. 0:21-cv-61619** (the "First Action") and **Case No. 0:21-cv-61620** (the "Second Action").

Dated: August 16, 2021

                     Respectfully Submitted,

                     /s/ Thomas J. Patti
                     **JIBRAEL S. HINDI, ESQ.**
                     Florida Bar No.: 118259
                     E-mail:   jibrael@jibraellaw.com
                     **THOMAS J. PATTI, ESQ.**
                     Florida Bar No.: 118377
                     E-mail:   tom@jibraellaw.com
                     The Law Offices of Jibrael S. Hindi
                     110 SE 6th Street, Suite 1744
                     Fort Lauderdale, Florida 33301
                     Phone:   954-907-1136
                     Fax:        855-529-9540

                     *COUNSEL FOR PLAINTIFF*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 16, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

      /s/ Thomas J. Patti
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377

PAGE | **2** of **2**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com