# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JOCELYN CASIMIR, | : |
| | : Case No. 0:21-cv-61620 |
| Plaintiff, | : |
| | : Judge Rodolfo A. Ruiz, II |
| vs. | : |
| | : |
| UNITED COLLECTION BUREAU, INC. | : |
| | : |
| Defendant. | : |
| | : |
| | : |

## DEFENDANT'S CONSENT TO CONSOLIDATION

Defendant United Collection Bureau, Inc., in response to this Court's Order [ECF No. 4], consents, without objection, to the consolidation of Case No. 0:21-cv-61619 (the "First Action") and Case No. 0:21-cv-61620 (the "Second Action").

Respectfully submitted,

*/s/ Joseph Merical*
Joseph Merical (0095663)
**GORDON REES SCULLY MANSUKHANI, LLP**
41 South High Street, Suite 2495
Columbus, Ohio 43215
T: (614) 340-5558
F: (614) 360-2130
jmerical@grsm.com
*Attorneys for Defendant United Collection Bureau, Inc.*